UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY SAMPSON and SUSAN SAMPSON,<br><br>              Plaintiffs,<br><br>    v.<br><br>BALBOA INSURANCE COMPANY,<br><br>              Defendant. | No. C 08-5488 KLS<br><br>ORDER ALLOWING COUNSEL TO WITHDRAW AND DIRECTING CLERK TO AMEND CASE HEADING |

This matter comes before the Court on the motion to withdraw of Deanna L. Wray, counsel of record for the Plaintiffs, and Andrew D. Glascock who is designated as counsel of record as well as an interested party. Dkt. #16.

It is unclear to the Court as to how Mr. Glascock became designated as an "Interested Party" as his only involvement in this matter has been in the capacity of an attorney.

It is clear, however, that both Ms. Wray and Mr. Glascock have requested authority from this Court to withdraw as counsel for the Plaintiffs. The Plaintiffs were served with a copy of the motion to withdraw. Defense counsel has no objection to the motion and the Court has not received any objection from the individual plaintiffs.

The motion to withdraw is HEREBY GRANTED as to Deanna L. Wray, Bodyfelt Mount, Andrew D. Glascock and Hiefield Foster & Glascock.

1   It is further ORDERED that the Clerk amend the caption of the case to delete the designation of
2   Andrew D. Glascock as an Interested Party in the caption of this case. He should not have been so
3   designated absent any court order.
4   It is further ordered that Deanna L. Wray and/or Andrew D. Glascock provide the Clerk of the
5   Court of the last known mailing address for Larry and Susan Sampson and that counsel also provide Larry
6   and Susan Sampson with a copy of this order and file proof of service with the Court.
7   DATED this 24th day of April, 2009.

Karen L. Strombom
United States Magistrate Judge